# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

U.S. DISTRICT COURT
FILED AT WHEELING, WV
OCT 2 3 2009
NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

Moundsville Water Board

**Plaintiff(s),**

v.

Shook, Inc., Heavy & Environmental Division et al.,

**Defendant(s).**

Civil    5:09-CV-113

## APPLICATION FOR ADMISSION *PRO HAC VICE*

I verify that I have fully complied with Local Rule of General Practice and Procedure 83.02 as it relates to admission to practice *pro hac vice*.

| | |
|---|---|
| Christopher T. O'Shaughnessy | Shook Inc., Heavy & Environmental Division |
| Applicant's Name | Representing (Party Name) |
| Thompson Hine LLP | 41 S. High Street, Suite 1700 |
| Name of Applicant's Firm | Columbus, Ohio 43215 |
| | Applicant's Office Address |
| 614-469-3284 | 614-469-3361 |
| Applicant's Office Telephone Number | Applicant's Office Fax Number |

Christopher.OShaughnessy@ThompsonHine.com

Applicant's Email Address

Name, Address, and Telephone Numbers of State Bars in which Applicant is admitted:

| | | |
|---|---|---|
| The Supreme Court of Ohio | United States District Court | United States District Court for the |
| 65 S. Front Street | for the Northern District of Ohio | Southern District of Ohio |
| Columbus, OH 43215 | Carl B. Stokes United States District Courthouse | Joseph P. Kinnery U.S. Courthouse Room 260 |
| 614-387-9000 | 801 W. Superior Avenue | 85 Marconi Blvd. |
| | Cleveland, Ohio 44113 | Columbus, Ohio 43215 |
| | 216-357-7000 | 614-719-3000 |

List all matters before West Virginia tribunals or judicial bodies in which the applicant is or has been involved in the preceding twenty-four (24) months:

None

PROVIDE ATTACHMENT WITH ADDITIONAL INFORMATION IF NECESSARY

All matters before West Virginia tribunals or judicial bodies in which <u>any member of applicant's firm, partnership or corporation</u> is or has been involved in the preceding twenty-four (24) months:

See attached Exhibit A

PROVIDE ATTACHMENT WITH ADDITIONAL INFORMATION IF NECESSARY

I understand that admission to practice *pro hac vice* will result in my registration in the Case Management/Electronic Case Filing system. By this registration, I agree to abide by the requirements set forth in the Federal Rules, Federal Statutes and the Local Rules, Administrative Orders, procedures and policies of the United States District Court for the Northern District of West Virginia. (See https://racerweb.wvnd.uscourt.gov for further information).

I understand that attorneys admitted *pro hac vice* will have privileges to view official docket sheets and documents associated with cases and query case reports for cases on the CM/ECF system using the Court-assigned *read only* login and password, and that I must submit all filings electronically through local counsel. Registration constitutes my consent to service by electronic means pursuant to the Federal Rules.

I certify that I have:

1) Submitted with this application the requisite fee of Fifty Dollars ($50.00) payable to the Clerk of the Court of the United States District Court for the Northern District of West Virginia, **and**

2) Paid to the West Virginia State Bar the West Virginia State Bar *pro hac vice* fee pursuant to Rule 8.0 of the Rules of Admission for the West Virginia State Bar.

I certify that the foregoing application is true and correct. I hereby represent that I am a member in good standing with the bar of every jurisdiction in which I am admitted and my privileges to practice law and my membership in any bar association have never been amended, modified, suspended, revoked or otherwise limited in any way in any court, district, state, commonwealth or other jurisdiction. I also certify that I have never been convicted of a felony. I agree to comply with all laws, rules, and regulations of the United States Courts where applicable.

If unable to make the above representation, please attach an explanation.

| | |
|---|---|
| Jeffrey A. Holmstrand<br>Name of Responsible Local Attorney | _Christoph T. Odell_ (signature)<br>Signature of Applicant |
| 304-242-3220<br>Office Local Attorney Telephone Number | McDermott & Bonenberger, P.L.L.C.<br>Name of Responsible Attorney's Firm |
| jaholmstrand@mandblaw.com<br>Responsible Attorney's Email Address | 53 Washington Ave., Wheeling, WV 26003<br>Responsible Attorney's Office Address |

Pursuant to Local Rule of General Practice and Procedure 83.02, I have read the foregoing application and, by my endorsement hereon, agree to be a responsible local attorney in the above-styled matter. I certify that I am an active member in good standing of the West Virginia Bar and that I maintain an actual office in West Virginia from which I practice law on a daily basis. I hereby verify that the attorney moving for *pro hac vice* admission is a member of the bar or bars listed on page 1 of this application.

_(signature)_
Signature of Responsible Local Attorney

# EXHIBIT A

1. BEBOTech Corporation v. Carr Concrete Corporation
   Case No. 3:06-0970
   United States District Court of West Virginia at Huntington

2. Chester Roney, Individually and as Executor of
   the Estate of Henry Clay Roney, Jr. v. Gencorp, et al.
   Case No. 3:05-0788
   United States District Court for the Southern District of West Virginia at Huntington

3. RKC Enterprises, Inc. and Netech, Inc. v. WV Training & Technical Solutions LLC,
   Billie S. Hoffman and Nancy Michael
   Case No. 2:09-0997
   United States District Court for the Southern District of West Virginia at Charleston

4. Branch Bank and Trust Company v. Frederick G. Davis, Davis Chrysler Plymouth Jeep
   Eagle, Inc., Carroll D. Fink, Gale L. Fink Trust, Julie Ann Brown, Fink's Used Cars, Easy
   Leasing and Rental, Inc., Ugly Duckling Rent A Car, Inc.
   Case No. 3:04-1055
   United States District Court for the Southern District of West Virginia at Huntington

5. C&T Bisquit, Inc. dba Biscuits & More v. ITW Food Equipment Group LLC, et al.
   Case No. 08-C-52
   In the Circuit Court of Logan County, West Virginia